LAWRENCE TRIPALDI, an Infant, by JAMES TRIPALDI, His Guardian ad Litem, Appellant, Impleaded with Another, *v.* ANTONIO SENNO et al., Respondents.

Submitted October 6, 1941; decided October 16, 1941.

*Michael C. Bernstein* for motion.
*Alexander E. Rosenthal* opposed.

Motion denied on the ground that the court has no power to cancel the bond, but without prejudice to an application to prosecute the appeal without filing printed records.